UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-51291 |
| | ) | |
| Giga Entertainment Media, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Adv. Proc. No. 21-05002 (TRW) |
| _____ | ) | |
| DAVID SHUTVET, RIVA WILKINS, | ) | |
| GARY NERLINGER, PATRICIA | ) | |
| GILCHRIST, LYLE GILLMAN, BOB | ) | |
| BARNARD, ARTHUR MELLON | ) | |
| And WILLIAM FREEMAN, | ) | |
| | ) | |
| As owners of certain rights held by debtor's | ) | |
| estate and derivatively on behalf of debtor | ) | |
| GIGA ENTERTAINMENT MEDIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES MASSA and EDDIE HUEY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**AGREED ORDER TO MODIFY BRIEFING SCHEDULE
ON DEFENDANTS' MOTION TO DISMISS**

This matter having come before the Court by Agreed Order to Modify the Briefing Schedule on defendants' Motion to Dismiss the adversary proceeding; and all counsel having consented to the proposed schedule modification.

Defendants' motion to dismiss was filed on March 4, 2021. [ECF No. 12] Pursuant to this Court's Order dated March 8, 2021 [ECF No. 13], a briefing schedule was entered by the Court

setting March 19, 2021 as the date for the filing of opposition papers and setting March 26, 2021 as the date for reply papers. As a result of an internet outage which occurred due to Thunderstorms this week, plaintiffs' completion of opposition to the motion to dismiss was delayed. After consultation between counsel, the parties agreed upon an extension and modification of the briefing schedule as set forth herein, and the Court having reviewed the record and being sufficiently advised;

IT IS HEREBY ORDERED that the briefing schedule on defendants' motion to dismiss the adversary proceeding is modified as follows:

a.  Plaintiffs opposition to the Motion to Dismiss shall be due Wednesday, March 24, 2021

b.  Defendants' reply papers shall be due on Wednesday, March 31, 2021.

Pursuant to Local Rule 9022-1(b), David A. Schrader shall cause a copy of this Order to be served on each of the parties, not electronically served, designated to receive this Order pursuance to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the Order upon such parties within seven (7) days of the entry of this Order.

_____
Hon. Tracey N. Wise, U.S.B.J.